# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bernadette Alcozar-Murphy,<br><br>        Plaintiff,<br><br>v.<br><br>ASARCO Arizona Incorporated, et al.,<br><br>        Defendants. | **NO. CV-14-02390-TUC-DCB**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed February 27, 2017, which granted the Motions for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

                                                                Brian D. Karth
                                                                District Court Executive/Clerk of Court

February 27, 2017

                                                                s/ Becky Ruiz
                                                      By    Deputy Clerk