Kathy Fink & Associates
2819 E 22nd St
Tucson, AZ 85713

Phone # 520-624-8644  TAX ID # 86-0813450

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/30/2015 | 24725-PBG |

1519-20

| BILL TO |
|---|
| Farhang & Medcoff, PLLC |
| ROSCOE MUTZ, ESQ. |
| 4801 East Broadway Boulevard |
| Suite 311 |
| Tucson, Arizona   85711 |

| Case # | Date of Depo | Reporter |
|---|---|---|
| 4:14-CV-2390 | 11/16/2015 | Gerson |

| DESCRIPTION | AMOUNT |
|---|---|
| Bernadette Alcozar-Murphy v. Asarco, LLC., et al./United Steel Workers of America Kearney Local 5252 v. Asarco, LLC | |
| Transcript of:  Eric Duarte - Videotaped deposition of Eric Duarte - 110 pages @2.65/page | 291.50 |
| Exhibits | 31.85 |
| Electronic copy | 20.00 |
| Processing fee | 10.00 |

Please Include Invoice Number on Check

TOTAL  $353.35

Kathy Fink & Associates
2819 E 22nd St
Tucson, AZ 85713

Phone # 520-624-8644  TAX ID # 86-0813450

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/1/2015 | 24740-PBG |

| BILL TO |
|---|
| Farhang & Medcoff, PLLC |
| ROSCOE MUTZ, ESQ. |
| 4801 East Broadway Boulevard |
| Suite 311 |
| Tucson, Arizona  85711 |

| Case # | Date of Depo | Reporter |
|---|---|---|
| 4:14-CV-2390 | 11/19/2015 | Gerson |

| DESCRIPTION | AMOUNT |
|---|---|
| Bernadette Alcozar-Murphy v. Asarco, LLC., et al./United Steel Workers of America Kearney Local 5252 v. Asarco, LLC | |
| Transcript of:  Videotaped deposition of Greg Zaragoza - 46 pages @2.65/page | 121.90 |
| Exhibits | 1.75 |
| Electronic copy | 20.00 |
| Processing fee | 10.00 |

Please Include Invoice
Number on Check

TOTAL  $153.65

Kathy Fink & Associates
2819 E 22nd St
Tucson, AZ 85713

Phone # 520-624-8644  TAX ID # 86-0813450

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/4/2015 | 24760-PBG |

| BILL TO |
|---|
| Farhang & Medcoff, PLLC |
| ROSCOE MUTZ, ESQ. |
| 4801 East Broadway Boulevard |
| Suite 311 |
| Tucson, Arizona  85711 |



| Case # | Date of Depo | Reporter |
|---|---|---|
| 4:14-CV-2390 | 11/19/2015 | Gerson |

| DESCRIPTION | AMOUNT |
|---|---|
| Bernadette Alcozar-Murphy v. Asarco, LLC., et al./United Steel Workers of America Kearney Local 5252 v. Asarco, LLC | |
| Transcript of:  Deposition of Bernadette Alcozar-Murphy - 125 pages @3.70/page | 462.50 |
| Exhibits | 12.95 |
| Appearance Fee - 3.5 hours @35/hour | 122.50 |
| Electronic copy | 20.00 |
| Shipping and Handling | 20.00 |

Please Include Invoice Number on Check

TOTAL  $637.95

Kathy Fink & Associates  
2819 E 22nd St  
Tucson, AZ 85713  

Phone # 520-624-8644   TAX ID # 86-0813450

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/9/2015 | 24776-PBG |

| BILL TO |
|---|
| Farhang & Medcoff, PLLC |
| ROSCOE MUTZ, ESQ. |
| 4801 East Broadway Boulevard |
| Suite 311 |
| Tucson, Arizona 85711 |



RECEIVED DEC 2015 Farhang & Medcoff Tucson, Arizona

| Case # | Date of Depo | Reporter |
|---|---|---|
| 4:14-CV-2390 | 11/23/2015 | Gerson |

| DESCRIPTION | AMOUNT |
|---|---|
| Bernadette Alcozar-Murphy v. Asarco, LLC, et al., etc. | |
| Transcript of: Videotaped deposition of Mark Gonzalez - 32 pages @2.65/page | 84.80 |
| Transcript of: Videotaped deposition of Phil Gomez - 63 pages @2.65/page | 166.95 |
| Electronic copy | 20.00 |
| Processing fee | 10.00 |

Please Include Invoice Number on Check

**TOTAL** $281.75

Kathy Fink & Associates
2819 E 22nd St
Tucson, AZ 85713

Phone # 520-624-8644  TAX ID # 86-0813450

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/29/2015 | 24877-PBG |

| BILL TO |
|---|
| Farhang & Medcoff, PLLC |
| ROSCOE MUTZ, ESQ. |
| 4801 East Broadway Boulevard |
| Suite 311 |
| Tucson, Arizona  85711 |

| Case # | Date of Depo | Reporter |
|---|---|---|
| 4:14-CV-2390 | 12/15/2015 | Gerson |

| DESCRIPTION | AMOUNT |
|---|---|
| Bernadette Alcozar-Murphy v. Asarco, LLC, et al., etc. | |
| | |
| Transcript of:  Deposition of Roy Smith - 121 pages @2.65/page | 320.65 |
| Transcript of:  Deposition of Rosa Aguirre - 81 pages @2.65/page | 214.65 |
| Transcript of:  Deposition of Jack Oldfather - 50 pages @2.65/page | 132.50 |
| Exhibits | 4.55 |
| Electronic copy | 20.00 |
| Processing fee | 10.00 |

Please Include Invoice
Number on Check

TOTAL  $702.35